# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sarah Crystal Ledesma**; DOB: 1997; United States<br>**Edmund Boyd Goswick**; DOB: 1995; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-04587MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A) (ii), and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 16, 2020, in the District of Arizona, **Sarah Crystal Ledesma** and **Edmund Boyd Goswick**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Cesar Alejandro Alfonso-Lopez, Audias Perez-Espinosa, and Edgar Martinez-Vidal, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A), and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 16, 2020, in the District of Arizona, United States Border Patrol Agents (BPA) conducting surveillance near a known stash house, observed a 2008 Hyundai Sonata drive slowly up and down the street, circling the residence for about twenty minutes. BPAs could see only the driver, later identified as **Sarah Crystal Ledesma** and one passenger, later identified as **Edmund Boyd Goswick,** in the vehicle. Eventually the vehicle pulled into the driveway of the stash house, and left soon after. BPAs could see there were two additional people now in the backseat, and the back of the vehicle appeared weighted down. BPAs followed the vehicle, and conducted a traffic stop, at which point the driver accelerated and swerved into oncoming traffic, before coming to an abrupt stop in the oncoming traffic lane of State Route 80. BPAs determined the two passengers in the backseat, Cesar Alejandro Alfonso-Lopez, Audias Perez-Espinosa, were citizens of Mexico in the United States illegally. A third person, Edgar Martinez-Vidal, was discovered in the trunk, and is also a citizen of Mexico, in the United States illegally.

Material witness Cesar Alejandro Alfonso-Lopez stated he had made arrangements to be smuggled into the United States for money. He stated he was taken to a house where he was told someone would pick him up. He stated a vehicle arrived and picked him and two others up from the house. He stated he knew to get in the vehicle, because he was told they would honk to signal them. He further stated he got in the backseat of the vehicle, and that the passenger, **Edmund Boyd Goswick,** opened the trunk for Edgar Martinez-Vidal.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Cesar Alejandro Alfonso-Lopez, Audias Perez-Espinosa, and Edgar Martinez-Vidal

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/lmw | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE *Maria S. Aguilera* | DATE<br>March 17, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54